IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEODAN ALARCON-CHAVEZ,

                Petitioner,

      vs.

THE STATE OF NEBRASKA, and
SCOTT FRAKES, Director of the
Nebraska Department of Corrections;

             Respondents.

**8:17CV345**

**MEMORANDUM
AND ORDER**

       This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 25.) Petitioner filed a Notice of Appeal (filing no. 24) on October 26, 2018. Petitioner appeals from the court's Memorandum and Order and Judgment dated October 1, 2018. (Filing Nos. 22 & 23.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

       IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 25) is granted.

       Dated this 27th day of November, 2018.

                          BY THE COURT:

                          s/ *Richard G. Kopf*
                          Senior United States District Judge