IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEODAN ALARCON-CHAVEZ, | |
| Petitioner, | 8:17CV345 |
| vs. | |
| THE STATE OF NEBRASKA, and SCOTT FRAKES, Director of the Nebraska Department of Corrections; | **JUDGMENT** |
| Respondents. | |

Pursuant to the Memorandum and Order entered this date, Petitioner's second or successive petition for writ of habeas corpus (filing 35) is dismissed with prejudice, and the court will not issue a certificate of appealability in this matter.

Dated this 23rd day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge